AO 240 (Rev. 6/86)  Application to Proceed

3

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF _TEXAS   Brownsville TX DIVISION_

United States of America

v.

Benito Garza

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: B-01-002

I, Benito Garza, declare that I am the (check appropriate box)

☒ petitioner/plaintiff         ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

United States District Court
Southern District of Texas
FILED

JAN 29 2001

Michael N. Milby
Clerk of Court

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                              Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                   Yes ☐   No ☒
   e. Any other sources?                                       Yes ☐   No ☒

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and amount received from each during the past twelve months.

United States District Court
Southern District of Texas
RECEIVED
JAN 2 9 2001
Michael N. Milby, Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  JANUARY 24, 2001                          Benito Harup
                    (Date)                              Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ~~36.00~~ on account to his credit at the ~~time 1/19/01~~ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

See attached CERTIFICATION
and SIX MONTH offender
TRUST FUND.

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge       Date | _____  _____ <br> United States Judge       Date <br> or Magistrate |

## CERTIFICATION

THE STATE OF TEXAS

COUNTY OF  FREESTONE

On this the  24th  day of  JANUARY , 2001 , I certify that the attached document, and the duplicate retained by me as a Notarial record, are true, exact, complete, and unaltered computer copies made by me of the information contained in the computer data base of the Texas Department of Criminal Justice regarding the offender's trust fund account for the immediate preceding six month period.

JANICE F. CLOPP
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 2-16-2001

(Stamp or Seal)

_Janice F. Clopp_
(Notary Public Signature)

_Benito Garza_
BENITO GARZA #00556084

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           01/24/01
BY34/JCL0300                  IN-FORMA-PAUPERIS DATA                   14:57:46
TDCJ#: 00556084 SID#: 01924894 LOCATION: BOYD           INDIGENT DTE: 00/00/00
NAME: GARZA,BENITO                             BEGINNING PERIOD: 07/01/00
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        55.26 TOT HOLD AMT:         0.00 3MTH TOT DEP:       150.00
6MTH DEP:          240.00 6MTH AVG BAL:        17.43 6MTH AVG DEP:        40.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/00       40.40          25.00        09/00       25.00          25.00
11/00       40.17          40.00        08/00       40.04          40.00
10/00       85.02          85.00        07/00       60.33          25.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF __FREESTONE__
ON THIS THE 24th DAY OF __JANUARY__, 2001 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Janice F. Clopp_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: __N/A__ OR SID NUMBER: __N/A__