1

United States District Court
Southern District of Texas
ENTERED

JUL 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENITO GARZA, | § | |
|     Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-002 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-130 |
| UNITED STATES OF AMERICA, | § | |
|     Defendant-Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 18, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this __17th__ day of __July__, 2001.

_____
Filemon B. Vela
United States District Judge